# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:08-CR-97 JVB |
| | ) | |
| MICHAEL L. MOKOL, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION AND ORDER

This matter is before the Court on the Government's Agreed Motion to Continue Defendant Michael L. Mokol, Jr.'s Sentencing [DE 93].

The case proceeded to a jury trial on February 23, 2009. On February 27, 2009, the jury found the Defendant guilty on Count 1 and Count 2, and not guilty on Count 3 and Count 4. A sentencing hearing was initially set for May 20, 2009, but was subsequently continued until July 16, 2009. The parties now request that the Court continue the sentencing hearing until four weeks after all trial transcripts are available because there are factual issues that may require a review of the final transcripts.

The Court being duly advised **GRANTS** the parties' motion because the Defendant will not be prejudiced by a delay in his sentencing hearing. Accordingly, under the circumstances, the ends of justice served by continuing the sentencing hearing outweigh the best interest of the public and the Defendant in an expeditious sentencing.

The Court shall set the date and time of the sentencing hearing in a separate minute entry.

SO ORDERED on July 9, 2009.

                                                        s/ Joseph S. Van Bokkelen
                                                        JOSEPH S. VAN BOKKELEN
                                                        UNITED STATES DISTRICT JUDGE